**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6781

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MELVIN ANTONIO BURL,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:99-cr-00176-RGD-1)

Submitted:  July 22, 2008            Decided:  July 28, 2008

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Melvin Antonio Burl, Appellant Pro Se.  James Ashford Metcalfe, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Antonio Burl appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp. 2008).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>United States v. Burl</u>, No. 2:99-cr-00176-RGD-1 (E.D. Va. filed Apr. 2, 2008, entered Apr. 3, 2008).  We deny Burl's motion for appointment of counsel.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>